Enter / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ORANGE SECOND, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREYSTONE SERVICING CORP., ) <br> et al. ) <br> ) <br> Defendants. ) | Case No. SACV 09-765 AN <br><br> JUDGMENT |

For the reasons set forth in the Court's related Order, IT IS HEREBY ADJUDGED AND DECREED THAT the entire action against defendant Greystone Servicing Corporation is dismissed with prejudice, and all unserved Doe defendants are dismissed without prejudice.

DATED: October 9, 2009

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE